In the Matter of the Claim of Sofia Becker, Appellant. Commissioner of Labor, Respondent.

Decided February 13, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

Nata Bob, Appellant, v Steve Cohen et al., Respondents.

Submitted December 30, 2013; decided February 13, 2014

Motion for reargument of motion for leave to appeal denied [see 22 NY3d 855 (2013)].

Judge Abdus-Salaam taking no part.

Antonio Brown, Appellant, v State of New York, Respondent.

Submitted December 16, 2013; decided February 13, 2014

Motion for leave to appeal dismissed upon the ground that the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.

Cooperstown Holstein Corporation, Appellant, v Town of Middlefield, Respondent.

Submitted February 10, 2014; decided February 13, 2014

Motion by New York Farm Bureau for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.